IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **FRANKLIN KEITH KELSEY,** : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. |
| v. : | 5:08-CV-284 (CAR) |
| : | |
| Officer T. SIMMONS, et al., : | |
| : | |
| Defendants. : | |
| : | |

_____

## ORDER ON THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Doc.8] to dismiss certain parties and claims from the present action. An Objection the Recommendation was filed. Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Plaintiff's Objection [Doc. 12] and has made a *de novo* determination of the portions of the Recommendation to which Plaintiff objects. After careful consideration, however, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation of the United States Magistrate Judge is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**.

SO ORDERED, this 2nd day of July, 2009.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

jlr